# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

RICHARD NOONAN,

Appellant,

v.

OWNERS INSURANCE COMPANY,

Appellee.

No. 2D2023-0918

————————————————

June 21, 2024

Appeal from the Circuit Court for Sarasota County; Stephen Walker, Judge.

Jesse R. Butler of Dickinson & Gibbons, P.A., Sarasota, for Appellant.

Patricia D. Crauwels and Arthur S. Hardy of Eastmoore, Crauwels, & DuBose, P.A., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.